**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Antonio MANESES–FLORES, aka**
**John Doe, Defendant–**
**Appellant.**

No. 02–50409.

D.C. No. CR–01–00827–MMM.

United States Court of Appeals,
Ninth Circuit.

Submitted April 7, 2003.*

Decided April 16, 2003.

Before RYMER, KLEINFELD and FISHER, Circuit Judges.

MEMORANDUM**

Antonio Maneses–Flores appeals his guilty-plea conviction and 57–month sentence imposed for illegally reentering the United States following deportation, in violation of 8 U.S.C. § 1326. Maneses–Flores's attorney has filed a brief and a motion to withdraw as counsel of record pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Maneses–Flores has not filed a pro se supplemental brief.

Our review of the *Anders* brief and our independent review of the record under *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), disclose no issues requiring further review. Accordingly, counsel's motion to withdraw is **GRANTED** and the district court's judgment is **AFFIRMED.**[1]

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

1. All pending motions are denied.